United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS CABRERA FLORES, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00493 |
| TODD M. LYONS, *et al.,* | § | |
|    "Respondents." | § | |

## <u>ORDER</u>

Before the Court is Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 13) ("MSJ").

In the MSJ, Respondents informed the Court that Petitioner had his individual hearing on the merits of his application for cancellation of removal before an immigration judge on June 9, 2026. Dkt. No. 13 at 2. The Court **ORDERS** Respondents to file a status report detailing the outcome of the June 9, 2026 hearing and Petitioner's current status by **<u>July 1, 2026 at 5:00 P.M. CST.</u>**

SIGNED this June 24, 2026

Rolando Olvera
United States District Judge