United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS CABRERA FLORES, | § | |
| "Plaintiff," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00493 |
| | § | |
| TODD M. Lyons, *et al.* | § | |
| "Defendants." | § | |
| | § | |

**ORDER**

Before the Court is the "Joint Stipulation of Dismissal With Prejudice" (Dkt. No. 15). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against the Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 25, 2026

_____
Rolando Olvera
United States District Judge

1 / 1